STATE OF CONNECTICUT *v.* DERICK K. PUREFOY
(7833)

NORCOTT, LAVERY and LANDAU, Js.

Argued May 4—decision released May 10, 1990

*M. Fred DeCaprio,* assistant public defender, for the appellant (defendant).

*Rita M. Shair,* deputy assistant state's attorney, with whom were *John M. Bailey,* state's attorney, and, on the brief, *Herbert Carlson,* senior assistant state's attorney, for the appellee (plaintiff).

PER CURIAM. There is no error.